| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Springmann, Theresa L. | 2. Court or Organization<br><br>Northern District of Indiana | 3. Date of Report<br><br>08/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>1300 South Harrison Street<br>Fort Wayne, IN 46802 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 08/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | IPLA | 12.2.15 | Chicago | Discuss IP matters with CHicago Bar members | Hotel, H'or d'oevres, mileage and tolls. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Visa Card | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Annutiy - Riversource Fixed Annuity | A | Dividend | K | T | | | | | |
| 2. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 3. IRA #3 | | | | | | | | | |
| 4. -Riversource Life Ins. Fixed Account | B | Int./Div. | L | T | | | | | |
| 5. | | | | | Buy (add'l) | 08/05/15 | K | | |
| 6. -Riversource COL VP Div Bond Cl3 | B | Interest | | | | | | | |
| 7. line 6 fund changed name as on line 9 | A | Interest | | | Sold (part) | 4/30/15 | K | | |
| 8. | | | | | | | | | |
| 9. Col VP Intmd Bnd Cl3 | A | Interest | | | Sold | 8/5/15 | K | | |
| 10. Riversource COL VP Lg C Quan Cl3 | A | Interest | J | T | Buy | 04/30/15 | J | | |
| 11. | | | | | Sold (part) | 11/24/15 | J | | |
| 12. Riversource COL VP Divnd Opp Cl3 | A | Dividend | J | T | Buy | 04/30/15 | J | | |
| 13. | | | | | Sold (part) | 11/24/15 | J | | |
| 14. IRA #4 | | | | | | | | | |
| 15. - Riversource Life Ins. Fixed Account | A | Dividend | K | T | | | | | |
| 16. | | | | | Sold (part) | 01/16/15 | J | | |
| 17. | | | | | Sold (part) | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 07/17/15 | J | | |
| 19. | | | | | Buy (add'l) | 08/05/15 | K | | |
| 20. | | | | | Sold (part) | 10/19/15 | J | | |
| 21. -Riversource COL VP Div Bond C13 | A | Interest | | | | | | | |
| 22. Fund on line 21 changed as on line 23: | | | | | | | | | |
| 23. COL VP Intrnd Bnd Cl3 | A | Interest | | | | | | | |
| 24. | | | | | Sold (part) | 1/16/15 | J | | |
| 25. | | | | | Sold (part) | 4/17/15 | J | | |
| 26. | | | | | Sold (part) | 4/30/15 | J | | |
| 27. | | | | | Sold (part) | 7/17/15 | J | | |
| 28. | | | | | Sold | 08/05/15 | K | | |
| 29. -Riversource COL VP Cash Mgmt C13 | A | Interest | J | T | | | | | |
| 30. | | | | | Sold (part) | 01/16/15 | J | | |
| 31. | | | | | Sold (part) | 04/17/15 | J | | |
| 32. | | | | | Sold (part) | 07/17/15 | J | | |
| 33. | | | | | Sold (part) | 08/05/15 | J | | |
| 34. -Riversource COL VP Grwth Fd C13 | A | Dividend | J | T | Buy | 04/30/15 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/17/15 | J | | |
| 36. | | | | | Sold (part) | 10/19/15 | J | | |
| 37.   -Riversource COL VP Midcap Gr C13 | A | Dividend | J | T | Buy | 04/30/15 | J | | |
| 38. | | | | | Sold (part) | 07/17/15 | J | | |
| 39. | | | | | Sold (part) | 10/19/15 | J | | |
| 40.   Chase Bank Account | A | Interest | K | T | | | | | |
| 41. | | | | | | | | | |
| 42.   T.Rowe Price Summit Cash Reserve | A | Interest | J | T | | | | | |
| 43. | | | | | | | | | |
| 44.   T. Rowe Price Capital Appreciation Fund | C | Dividend | | | Redeemed | 05/04/15 | K | | |
| 45. | | | | | | | | | |
| 46.   T. Rowe Price New Income Fund | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 47. | | | | | Redeemed | 02/17/15 | K | | |
| 48.   T. Rowe Price Retirement Income Fund | B | Dividend | L | T | Buy (add'l) | 01/30/15 | J | | |
| 49. | | | | | Buy (add'l) | 02/27/15 | J | | |
| 50. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 51. | | | | | Buy (add'l) | 04/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/04/15 | K | | |
| 53. | | | | | Buy (add'l) | 05/29/15 | J | | |
| 54. | | | | | Buy (add'l) | 06/30/15 | J | | |
| 55. | | | | | Buy (add'l) | 07/31/15 | J | | |
| 56. | | | | | Buy (add'l) | 08/03/15 | J | | |
| 57. | | | | | Buy (add'l) | 08/31/15 | J | | |
| 58. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 59. | | | | | Buy (add'l) | 10/30/15 | J | | |
| 60. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 61. | | | | | Buy (add'l) | 12/18/15 | J | | |
| 62. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 63. T. Rowe Price Global Technology Fund | B | Dividend | | | Redeemed | 02/06/15 | J | | |
| 64. | | | | | | | | | |
| 65. T. Rowe Price Health Sciences Fund | A | Dividend | J | T | Buy (add'l) | 02/06/15 | J | | |
| 66. | | | | | Buy (add'l) | 02/17/15 | J | | |
| 67. | | | | | Redeemed (part) | 08/03/15 | J | | |
| 68. | | | | | Buy (add'l) | 12/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  403b | | | | | | | | | |
| 70.  LVIP Managed Risk Profile 2020 | A | Int./Div. | K | T | Buy (add'l) | 01/13/15 | J | | |
| 71. | | | | | Buy (add'l) | 01/27/15 | J | | |
| 72. | | | | | Buy (add'l) | 02/09/15 | J | | |
| 73. | | | | | Redeemed (part) | 02/17/15 | K | | |
| 74. | | | | | Buy (add'l) | 02/23/15 | J | | |
| 75. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 76. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 77. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 78. | | | | | Buy (add'l) | 04/20/15 | J | | |
| 79. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 80. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 81. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 82. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 83. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 84. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 85. | | | | | Buy (add'l) | 07/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 87. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 88. | | | | | Buy (add'l) | 09/11/15 | J | | |
| 89. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 90. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 91. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 92. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 93. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 94. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 95. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 96. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 97. American Funds Growth -Income | A | Int./Div. | K | T | Buy | 02/17/15 | J | | |
| 98. | | | | | Buy (add'l) | 02/23/15 | J | | |
| 99. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 100. | | | | | Buy (add'l) | 03/24/15 | J | | |
| 101. | | | | | Buy (add'l) | 04/07/15 | J | | |
| 102. | | | | | Buy (add'l) | 04/20/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 05/04/15 | J | | |
| 104. | | | | | Buy (add'l) | 05/18/15 | J | | |
| 105. | | | | | Buy (add'l) | 06/02/15 | J | | |
| 106. | | | | | Buy (add'l) | 06/16/15 | J | | |
| 107. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 108. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 109. | | | | | Buy (add'l) | 07/27/15 | J | | |
| 110. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 111. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 112. | | | | | Buy (add'l) | 09/11/15 | J | | |
| 113. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 114. | | | | | Buy (add'l) | 10/07/15 | J | | |
| 115. | | | | | Buy (add'l) | 10/19/15 | J | | |
| 116. | | | | | Buy (add'l) | 11/03/15 | J | | |
| 117. | | | | | Buy (add'l) | 11/17/15 | J | | |
| 118. | | | | | Buy (add'l) | 11/30/15 | J | | |
| 119. | | | | | Buy (add'l) | 12/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 08/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/28/15 | J | | |
| 121. College Choice 529 Direct Savings(age based) last 4 of account # 75-03 | A | Int./Div. | | | Distributed | 11/04/15 | J | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 08/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Theresa L. Springmann**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544